**EXHIBIT C:    Picture of Wal-Mart Bed Riser and Packaging**

