**EXHIBIT D:    Picture of Whitmor Bed Riser and Packaging**

EXHIBIT D

